**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN H. LOCKLEY,

    Petitioner,

vs.                                     Case No. 3:08cv97/MCR/EMT

WALTER A. McNEIL,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 3, 2008 (Doc. 13).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is **DENIED**.

**DONE AND ORDERED** this 10th day of June, 2009.

                                                     _s/ M. Casey Rodgers_
                                                     **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**